UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YOHONIA MARTIN,

    Plaintiff,

v.

REDWOOD CITY DENTAL CARE,

    Defendant.

Case No. 15-cv-03151-JST

**ORDER DISMISSING AMENDED COMPLAINT UNDER 28 U.S.C. § 1915(E)(2)(B)**

Re: ECF Nos. 6, 7, 8

Pro se Plaintiff Yohonia Martin previously filed with the Court a complaint, ECF No. 1, and an application to proceed in forma pauperis. ECF No. 2. The Court granted Plaintiff's motion to proceed in forma pauperis, but screened the complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). ECF No. 5. In its order dismissing the complaint, the Court granted Plaintiff 21 days to amend her complaint. Id. at 3.

Plaintiff has now filed a First Amended Complaint. ECF No. 6. Plaintiff has also filed two motions styled as "Motion[s] to Submit New Evidence." ECF Nos. 7, 8. Having reviewed the First Amended Complaint, the Court still can discern no viable legal theory or ground for relief. Because Plaintiff's complaint the lacks an arguable basis in law or fact, see Jackson v. Arizona, 885 F.2d 639, 640-41 (9th Cir. 1999), superseded by statute on other grounds as stated in Lopez v. Smith, 203 F.3d 1122, 1130 (9th Cir.2000), the Court will now dismiss the Complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The Court will deny Plaintiff's motions to submit new evidence as moot.

IT IS SO ORDERED.

Dated: September 22, 2015

                        JON S. TIGAR
                    United States District Judge