UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOHONIA MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>REDWOOD CITY DENTAL CARE,<br><br>    Defendant. | Case No.  15-cv-03151-JST<br><br>**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL** |

Pursuant to the referral notice from the United States Court of Appeals for the Ninth Circuit, Martin v. Redwood City Dental Care, No. 15-17102, ECF No. 2, the Court finds that the appeal is frivolous and not taken in good faith.  See 28 U.S.C. § 1915(a)(3); Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002).  Therefore, leave to proceed in forma pauperis on appeal is DENIED.

The Clerk shall transmit a copy of this order to the Court of Appeals.

IT IS SO ORDERED.

Dated: October 23, 2015

                                              JON S. TIGAR<br>                                        United States District Judge